JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELLBIE MACSHATE,<br>Petitioner,<br>v.<br>WARDEN BALL,<br>Respondent. | No. CV 26-6783-HDV(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 10/26/2026.

HERNAN D. VERA
UNITED STATES DISTRICT JUDGE